AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| United States of America v. KATELYN SKYE SEITZ *Defendant(s)* | Case No. 8:26-mj-00025-DUTY |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 9, 2026 in the county of Orange in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assaulting, Resisting, or Impeding a Federal Officer Involving Physical Contact |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

/s/
*Complainant's signature*

Ryan Joseph Angeles
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/11/2026

*Karen E. Scott*
*Judge's signature*

City and state: Santa Ana, CA

The Honorable Karen E. Scott
*Printed name and title*

AUSA: Mark Takla

LODGED CLERK, U.S. DISTRICT COURT 1/11/2026 CENTRAL DISTRICT OF CALIFORNIA BY: EC DEPUTY

FILED CLERK, U.S. DISTRICT COURT 1/11/2026 CENTRAL DISTRICT OF CALIFORNIA BY: E.C. DEPUTY

## **AFFIDAVIT**

I, Ryan Joseph Angeles, being duly sworn, declare and state as follows:

### I. **PURPOSE OF AFFIDAVIT**

1. This affidavit is made in support of a criminal complaint and arrest warrant for Katelyn Skye SEITZ ("SEITZ") for a violation of 18 U.S.C. § 111(a)(1): Assaulting, Resisting, or Impeding a Federal Officer Involving Physical Contact.

2. The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all dates and times are approximate and all conversations and statements described in this affidavit are related in substance and part only.

### II. **BACKGROUND OF AFFIANT**

3. I am a Special Agent ("SA") with the United States Department of Homeland Security, Federal Protective Service ("FPS"). I have been in this position since August 2021. From 2014 to July 2021, I was an FPS uniformed law enforcement officer. In that position, I conducted various preliminary investigations including assault on federal officials and employees. I also conducted training as a Defensive Tactics Instructor on the use of force and tactics of a law enforcement

1

officer. As part of my official duties as a SA, I investigate crimes against the United States that originate on United States government property, including assault on federal officials and employees.

4. I have completed two basic training courses at the Federal Law Enforcement Training Center in Glynco, Georgia, which included training in the investigation of various crimes including assault on federal officials and employees.

### III. STATEMENT OF PROBABLE CAUSE

5. Based on my review of social media video, conversations with other law enforcement officers, and my own knowledge of the investigation, I am aware of the following:

   a. On January 9, 2026 at approximately 8:55 p.m., SEITZ was outside of the Federal Building located at 34 Civic Center Drive, Santa Ana, California during a protest on federal property.

   b. Victim M.M. is employed by FPS as an Inspector and is an active federal law enforcement officer. Victim M.M. was standing at the main entrance door of the building to protect federal personnel and property.

   c. SEITZ and other protestors were instructed to leave federal property twice through the use of a specialized loudspeaker system for constituting an unlawful assembly.

   d. SEITZ did not leave and threw an orange cone towards FPS employees. Victim M.M. detained her for disorderly conduct on federal property.

  e. During the detention, SEITZ actively resisted and struck Victim M.M. on the shoulder and in the groin:



  f. Victim M.M. sought medical attention.

### IV. CONCLUSION

6. For all of the reasons described above, there is probable cause to believe that Katelyn Skye SEITZ has committed a violation of 18 U.S.C. § 111(a)(1): Assaulting, Resisting, or Impeding a Federal Officer Involving Physical Contact.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 11th day of
January, 2026.

*Karen E. Scott*
_____
THE HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE