TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
CAITLIN J. CAMPBELL (Cal. Bar No. 324364)
Assistant United States Attorney
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3541
    E-mail:    caitlin.campbell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KATELYN SEITZ,<br><br>    Defendant. | No. 8:26-MJ-00025<br><br>STIPULATION RE: FILING OF INFORMATION OR INDICTMENT PURSUANT TO SPEEDY TRIAL ACT |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California, and defendant KATELYN SEITZ ("defendant"), by and through defendant's counsel of record, Terra Castillo Laughton, hereby stipulate as follows:

    1.    Defendant was arrested for a violation of 18 U.S.C. § 111 (Assault on a Federal Officer) on January 12, 2026.  The Speedy Trial Act of 1974, 18 U.S.C. § 3161(b), originally required that an information or indictment be filed on or before February 11, 2026.

    2.    By this stipulation, the parties jointly move to continue the date by which an information or indictment must be filed to February 25, 2026.

1    3.    The parties agree and stipulate, and request that the Court
2 find that the ends of justice outweigh the interest of the public and
3 the defendant in the filing of an information or indictment within
4 the original date prescribed by the Speedy Trial Act because defense
5 counsel requires additional time to confer with defendant about a
6 proposed resolution of the case, and to conduct and complete an
7 independent investigation of the case to present evidence to the
8 prosecution to consider in advance of the filing of charges in this
9 case.
10    4.    Based on the foregoing, the parties request that the Court
11 find that for the purpose of computing time under the Speedy Trial
12 Act, 18 U.S.C. § 3161(b), within which an information or indictment
13 must be filed, the time period of February 11, 2026 to February 25,
14 2026, is deemed excludable pursuant to 18 U.S.C. § 3161(h) because
15 the ends of justice served by granting a continuance outweigh the
16 best interest of the public and the defendant in a filing of an
17 information or indictment within the period specified in Section
18 3161(b).
19    5.    The parties agree and stipulate and request that the Court
20 find that nothing in this stipulation and order shall preclude a
21 finding that other provisions of the Speedy Trial Act dictate that
22 //
23 //

additional time periods are excludable from the period within which an information or indictment must be filed.

IT IS SO STIPULATED.

Dated: January 30, 2026

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

/s/ Caitlin Campbell
CAITLIN CAMPBELL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: February 1, 2026

/s/ per email authorization
TERRA CASTILLO LAUGHTON
Attorney for Defendant
KATELYN SEITZ